## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| FAULKNER UNIVERSITY, an Alabama non-profit corporation; | ) ) ) |
| **Plaintiff** | ) ) |
| v. | ) CASE NO.: 2:25-cv-306-ECM ) |
| NATIONAL ASSOCIATION OF INTERCOLLEGIATE ATHLETICS, a foreign corporation; SOUTHERN STATES ATHLETIC CONFERENCE, INC., a foreign corporation; | ) ) ) ) ) ) |
| **Defendants.** | ) |

---

## NOTICE OF NAIA APPELLATE DECISION

---

COMES NOW Defendant National Association of Intercollegiate Athletics ("NAIA") to inform the Court that the NAIA's National Coordinating Committee has affirmed the NAIA's National Eligibility Committee's April 19, 2025, decision regarding Plaintiff Faulkner University.


 /s/ Kayla R. Williams
Attorney for Defendants

OF COUNSEL:
Enrique J. Gimenez
*hgimenez@lightfootlaw.com*
Kayla R. Williams
*kwilliams@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE
400 20th Street North
Birmingham, AL 35203
(205) 581-0749

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following by directing same to this office address via United States first class mail, postage prepaid or by electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing on this the 27th day of April, 2025:

WEBSTER, HENRY, COHAN, SPEAGLE,
  DESHAZO & BANKSTON, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0116
Telephone:  (334) 264-9472
Facsimile:  (334) 264-9599
Email:      scott@websterhenry.com

/s/ Kayla R. Williams
OF COUNSEL