IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FAULKNER UNIVERSITY,** an Alabama non-profit corporation; | ) ) ) |
| **Plaintiff** | ) ) |
| v. | ) **CASE NO.: 2:25-cv-306-ECM** ) |
| **NATIONAL ASSOCIATION OF INTERCOLLEGIATE ATHLETICS,** a foreign corporation**; SOUTHERN STATES ATHLETIC CONFERENCE, INC.,** a foreign corporation; | ) ) ) ) ) ) |
| **Defendants.** | ) ) |

## FAULKNER UNIVERSITY'S SECOND NOTICE REGARDING MATERIAL CHANGE RELATED TO THE ADMINSTRATIVE APPEAL

Faulkner University, as required under this Court's Order (Doc 6. at ¶ 6), informs the Court of a material change in related to the administrative appeal as follows:

1. Faulkner University's President, Mitch Henry, received the attached email regarding the appeal (attached hereto as Exhibit 1).

        /s/ Scott M. Speagle
        SCOTT M. SPEAGLE (ASB0705t78s)
        JACOB B. HULCHER (ASB5344t96y)
        Attorneys for Faulkner University

OF COUNSEL:

Webster, Henry, Cohan, Speagle,
 DeShazo & Bankston, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0116
Telephone:  (334) 264-9472
Facsimile:  (334) 264-9599
Email:       scott@websterhenry.com
\

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on the following by directing same to this office address via United States first class mail, postage prepaid or by electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing on this the 28th day of April, 2025:

Enrique J. Gimenez, Esq.
Kayla R. Williams, Esq.
Lightfoot, Franklin & White
400 20th Street North
Birmingham, Alabama 35203

                                    /s/ Scott M. Speagle
                                    OF COUNSEL