**Tammi Poff**

| | |
|---|---|
| From: | Scott Speagle |
| Sent: | Monday, April 28, 2025 12:45 PM |
| To: | Tammi Poff |
| Subject: | Fwd: NCC Decision Regarding Orlando Lorduy |

Sent from my iPad

Begin forwarded message:

> **From:** Cindy Walker <CWalker@faulkner.edu>
> **Date:** April 28, 2025 at 12:30:11 PM CDT
> **To:** Scott Speagle <sspeagle@websterhenry.com>, Jacob Hulcher
> <jhulcher@websterhenry.com>
> **Subject: Fwd: NCC Decision Regarding Orlando Lorduy**

Sent from my iPhone

Begin forwarded message:

> **From:** Brenda White <bwhite@naia.org>
> **Date:** April 28, 2025 at 12:04:34 PM CDT
> **To:** Hal Wynn <HWynn@faulkner.edu>, Cindy Walker
> <CWalker@faulkner.edu>, Mitch Henry <MHenry@faulkner.edu>
> **Cc:** Jim Carr <jcarr@naia.org>, mhall.ssac@gmail.com
> **Subject: NCC Decision Regarding Orlando Lorduy**

Mr. Henry, Hal, and Cindy,

The National Coordinating Committee (NCC) met this morning and voted to affirm the National Eligibility Committee's (NEC) decision regarding the penalties stemming from the self-reported violation involving Orlando Lorduy. An official letter from the NCC will follow later today.

Thank you,

## BRENDA WHITE, Ed.D.
**National Association of Intercollegiate Athletics**
Director of Legislative Services
120 W 12th Street, Suite 700 | Kansas City, MO 64105
**Legislative Hotline:** 816.595.8180
Legislative@naia.org

Book time to meet with me

LinkedIn | Twitter | Facebook | YouTube



